IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In the matter of the Search of: | | |
| Records and information in possession of AT&T, at 208 S. Akard St. Dallas, TX 75202 described in Attachment A-1 | **Docket No.** | 25-mj-1311-DLC |
| The black Samsung mobile phone described in Attachment A-2 | | 25-mj-1312-DLC |
| The black Apple iPhone mobile phone described in Attachment A-3 | | 25-mj-1313-DLC |
| The black Summit flip-phone mobile phone described in Attachment A-4 | | 25-mj-1314-DLC |

## MOTION TO SEAL

The United States asks this Court to seal the search warrant application, supporting affidavit, search warrant, this motion, any ruling on this motion, and all related orders and paperwork until further order of this Court. In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case. The United States further asks, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States Attorney has filed in this matter.

*ALLOWED*
*[signature] USMJ*
*9/11/2025*

Respectfully submitted,
LEAH B. FOLEY
United States Attorney

By: */s/ David Cutshall*
    David Cutshall
    Assistant U.S. Attorney

Date: September 11, 2025